**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**No. 00-40581**

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**JOSE WILMER GAMEZ-REYES; JOSE JARMILLO-HERNANDEZ,**

**Defendants-Appellants.**

**Appeals from the United States District Court**
**for the Eastern District of Texas**
**(1:99-CR-153-1)**

May 14, 2001

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,[1] District Judge.

PER CURIAM:[2]

Having considered the briefs and pertinent parts of the record, and having heard the arguments of counsel, and concluding there is no merit in any of the issues presented, the judgments are

***AFFIRMED.***

---

[1]District Judge of the Eastern District of Louisiana, sitting by designation.

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should *not* be published and is *not* precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.